**Verification**

I, DANIEL R. RADIMECKY, declare under penalty of perjury that the foregoing is true and correct.

Executed January 16, 2008.

*[signature: Daniel R. Radimecky]*

DANIEL R. RADIMECKY