IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL R. RADIEMECKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 372 |
| v. ) | |
| ) | Judge Darrah |
| THE UNIVERSITY OF CHICAGO ) | |
| MEDICAL CENTER, ) | Magistrate Judge Valdez |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME IN WHICH TO ANSWER
OR OTHERWISE PLEAD (AGREED)**

Defendant, the University of Chicago Hospitals, d/b/a The University of Chicago Medical Center, hereby moves the Court to allow it an additional two weeks in which to file its answer. Defendant was served with summons and complaint on January 23, 2008, making its answer due on February 12, 2008. Due business circumstances beyond Defendant's control, the case was not assigned out to counsel until February 4, 2008. In order to ensure time for adequate investigation, Defendant needs an additional two weeks, or until February 24, 2008 to file its answer. Counsel for Defendant has discussed this motion with counsel for Plaintiff, and she has consented to the granting of the additional time.

WHEREFORE, Defendant respectfully requests that its time for answering the Complaint be extended to February 26, 2008.

Dated:  February 8, 2008              Respectfully submitted,

The University of Chicago Hospitals


By: /s/ Robert T. Zielinski
     One of its Attorneys

Robert T. Zielinski
Miller Canfield Paddock and Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
Phone (312) 460-4216
Fax: (312) 460-4201
*Attorneys for Defendant*
www.zielinski@millercanfield.com

**CERTIFICATE OF SERVICE**

      I, Robert T. Zielinski, certify that on January 22, 2008, I caused the attached **MOTION TO EXTEND TIME OR OTHERWISE PLEAD (AGREED)** by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing to the following parties:

        Lisa Kane & Associates, P.C.
        120 South LaSalle Street
        Suite 1420
        Chicago, IL  60603

        s/ Robert T. Zielinski
        One of the Attorneys for Defendants

CHLIB:6851.1\135439-00002
CHLIB:6851.1\135439-00002