IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL R. RADIEMECKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 372 |
| v. ) | |
| ) | Judge Darrah |
| THE UNIVERSITY OF CHICAGO ) | |
| MEDICAL CENTER, ) | Magistrate Judge Valdez |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Lisa Kane, Esq.
Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, IL  60603

PLEASE TAKE NOTICE that on February 14, 2008, at 9:00 a.m., Defendant will appear in Courtroom 1203 of the U.S. District Court, Northern District of Illinois, Eastern Division, before the Honorable Judge John W. Darrah, or any Judge sitting in his stead, and present the attached Motion to Extend Time in Which to Answer or Otherwise Plead (Agreed).

Dated:  February 8, 2008                    Respectfully submitted,

                                            The University of Chicago Hospitals


                                            By:  /s/  Robert T. Zielinski
                                                    One of its Attorneys

Robert T. Zielinski
Miller Canfield Paddock and Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
Phone (312) 460-4216
Fax: (312) 460-4201
*Attorneys for Defendant*
www.zielinski@millercanfield.com

**CERTIFICATE OF SERVICE**

   I, Robert T. Zielinski, certify that on January 22, 2008, I caused the attached **NOTICE OF MOTION TO EXTEND TIME OR OTHERWISE PLEAD (AGREED)** by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing to the following parties:

    Lisa Kane & Associates, P.C.
    120 South LaSalle Street
    Suite 1420
    Chicago, IL  60603


              s/ Robert T. Zielinski
              One of the Attorneys for Defendants

CHLIB:6860.1\135439-00002