IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL R. RADIMECKY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 372 |
| | ) | |
| v. | ) | Hon. Judge Darrah |
| | ) | Judge Presiding |
| | ) | Magistrate Judge Valdez |
| **THE UNIVERSITY OF CHICAGO** | ) | |
| **MEDICAL CENTER** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   THE UNIVERSITY OF CHICAGO MEDICAL CENTER
c/o SUSAN S SHER, Registered Agent
5841 S. Maryland
Chicago, IL 60637

PLEASE TAKE NOTICE that on *Monday* **February 11, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed via certified mail by 5:00 P.M. on Monday, February 11, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093