# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 372 | **DATE** | 2/12/08 |
| **CASE TITLE** | Radiemecky v. University of Chicago Medical Center | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to extend time [14, 15] is denied as moot. Status hearing set for 3/13/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|